IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM JOSEPH RUDOLF,

Plaintiff,

v.

ROBIN NELSON and CAROL JEGLUM,

Defendants.

ORDER

20-cv-436-jdp

Pro se plaintiff William Joseph Rudolf is proceeding on claims that staff at Sawyer County jail failed to provide him adequate medical care for his rheumatoid arthritis and asthma. On April 23, 2021, defendants filed a motion for summary judgment and a motion to dismiss for Rudolf's failure to prosecute his claims. Dkt. 22. Defendants explain that they attempted to serve discovery and other documents on Rudolf, but that all of the documents were returned as undeliverable. The court located Rudolf's current address and sent him the briefing schedule for defendants' motion. Rudolf's opposition materials were due on May 24, 2021, but he has not responded to defendants' motion or communicated with the court in any way. Rudolf's failure to respond to defendants' motion and failure to update the court regarding his new address suggest that he has lost interest in pursuing his case and no longer intends to prosecute it.

I will give Rudolf one more opportunity to submit a substantive response to defendants' motion for summary judgment. If he fails to do so by the new deadline, I will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for his failure to prosecute.

ORDER

IT IS ORDERED that plaintiff William Joseph Rudolf may have until June 25, 2021 to file a response to defendants' motion for summary judgment. If Rudolf does not respond by that date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for Rudolf's failure to prosecute it.

Entered June 8, 2021.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge