IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM JOSEPH RUDOLF,

    Plaintiff,

v.

Case No. 20-cv-436-jdp

ROBIN NELSON, LT. JEFF JOHNSON,
G. KNIGHT, MICHALE WOLLER, NURSE
PRACTIONER CAROL, JOE SAJDARA,
DOUGLAS D. MROTEK,
and J. THOMPSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 7/1/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |